**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**
**CASE NO. 5:20-CV-127-TBR**

RICKIE FRENCH
*individually and on behalf of similarly situated persons*                    PLAINTIFF

V.

DANNI PROPERTIES, LLC
ED RAZBAN                                                                      DEFENDANTS

## *ORDER OF DISMISSAL*

Pursuant to Docket # 5, **IT IS ORDERED** that said action is **DISMISSED** from the docket.

*[signature: Thomas B. Russell]*

**Thomas B. Russell, Senior Judge**
**United States District Court**

cc: Counsel                                                October 14, 2020